**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID EBRAHIMZADEH,<br><br>Defendant. | No. 1:25-cr-10455 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert A. Fisher as counsel for Defendant David Ebrahimzadeh in the above-captioned action.

Respectfully submitted,

*/s/ Robert A. Fisher*
Robert A. Fisher (BBO No. 652602)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
Facsimile: (855) 345-1300
Email: rfisher@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance was filed electronically on December 12, 2025 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing (“NEF”).

*/s/ Robert A. Fisher*
Robert A. Fisher