UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 25-10455-RGS |
| DAVID EBRAHIMZADEH, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**NOTICE OF INITIAL STATUS CONFERENCE**

December 15, 2025

Hennessy, M.J.

Defendant is charged in an indictment with one count of Bank Fraud, in violation of 18 U.S.C. § 1344; two counts of Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. §§ 1343 and 3293(2); one count of Wire Fraud, in violation of 18 U.S.C. § 1343; and, two counts of Procuring the Filing of a False Tax Return, in violation of 26 U.S.C. § 7206(2). Defendant was arraigned in person on December 12, 2025, and has elected to proceed under the automatic discovery rules. Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, January 16, 2026**. Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Friday, January 23, 2026 at 9:30 a.m.**, in Courtroom No. Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties do not inform the court on or before **Friday, January 16, 2026** that there is no need for an initial status conference, then the parties must appear for the initial status conference by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, January 16, 2026**, counsel shall provide my Courtroom Clerk, Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov), their telephone contact information, which must be a landline telephone.

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a request by counsel.

3. ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

4. Counsel shall address in their memorandum or at the status conference any issues regarding discovery.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge