UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID EBRAHIMZADEH | Criminal No. 25-cr-10455-RGS |

**JOINT INTERIM STATUS REPORT AND REQUEST TO CANCEL HEARING**

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the status conference on this matter scheduled for March 19, 2026, request that the status conference be cancelled, and request that a further interim status conference be scheduled in approximately 45 days and that the time be excluded until that date.

(1) Automatic Discovery/Pending Discovery Requests

Per the agreement of the parties and the alternative discovery schedule adopted by this Court (Dkt. No. 27), on January 21, 2026, the Government provided a first production of automatic discovery, consisting of the bulk of automatic discovery materials currently available, including over 2.1 million bates labeled pages and/or electronic files within an electronic database and over 14,000 bates labeled pages or files outside of the database.

(2) Additional Discovery

The government is in the process of completing its review and preparation of materials for production, and, pursuant to the amended discovery plan (*see* Dkt. Nos. 35-36), anticipates making a supplemental production and completing automatic discovery on or before April 24, 2026.

(3) Timing of Additional Discovery Requests

The defendant needs time to review the discovery that has already been produced as well as the additional discovery to be produced. As such, he does not yet know whether or when he will make additional discovery requests and will assess this when automatic discovery is complete.

(4) Protective Orders

The Court endorsed a discovery protective order, Dkt. No. 32.

(5) Pretrial Motions

Due to the fact that review of the discovery has not yet begun, it is premature for the defendant to decide whether to file any motions under Fed. R. Crim. P. 12(b). The defendant will provide an update in connection with the next status conference.

(6) Expert Discovery

As the parties previously reported, the government will provide any expert witness disclosures 21 days prior to trial, and the defendant will provide any expert witness disclosure 14 days prior to trial.

(7) Defenses of Insanity, Public Authority, or Alibi

The Defendant has not yet determined if he intends to raise the defenses of insanity, public authority, or alibi.

(8) Speedy Trial Act

All of the time has been excluded from the date of defendant's arraignment on December 12, 2025, through the date of the interim status conference scheduled for March 19, 2026. *See* Dkt. Nos. 10, 23, 34. The parties request that the time be excluded until the next status conference. The parties agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

(9) Plea Discussions

The parties have not yet engaged in any post-charging plea discussions. The parties anticipate a trial would last approximately two weeks.

(10) Next Status Conference

Given all of the foregoing information, the parties request that the interim status conference, scheduled for March 19, 2026, be canceled. Given the voluminous discovery, and the fact that the government does not anticipate making the supplemental production until April 24, 2026, the parties request that the next status conference be scheduled in approximately 60 days, instead of the typical 30-45 days.

Respectfully submitted,

| | |
|---|---|
| DAVID EBRAHIMZADEH<br>By his attorney,<br><br><br><br><br>*/s/ Scott Seitz*<br>Robert Fisher<br>Scott Seitz<br>Nixon Peabody LLP<br>53 State St.<br>Boston, MA 02109<br>sseitz@nixonpeabody.com<br>617.345.1000 | UNITED STATES OF AMERICA<br>By its attorney,<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |

Dated: March 13, 2026

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum
Assistant United States Attorney

Dated: March 13, 2026